**FILED**
FEB 2 5 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA
*PLAINTIFF*

-VS-

_Mireles_
*DEFENDANT*

CASE NO. 15 CR 485

JUDGE: _Kendall_

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, _Joe Mireles_, acting *pro se*, hereby requests that this Honorable Court grant him leave to substitute counsel. In support of this Motion, Defendant states:

1. Attorney, _Anthony Thedford_, was appointed by this court and pursuant to the Criminal Justice Act to represent Defendant in this matter.
2. Irreconcilable differences have developed between Defendant and Attorney _Thedford_, resulting in a complete breakdown of communication thus making it impossible for counsel to provide Defendant with an adequate defense.

WHEREFORE, Defendant, _Mireles_, requests that this Honorable Court order substitute counsel for Attorney _Thedford_.

Dated on this _17th_ day of _February_, 20_19_.

Respectfully Submitted,

by: _Joe Mireles_

Defendant _Mireles_
REG# _76331-112_
Address: _MCC Chicago 71 west Van Buren Chicago, IL 60605_

## CERTIFICATE OF SERVICE

Defendant, _Mirkes_____, a non-attorney, states under penalties of perjury, that on this _17th_ day of _February_____, 20_19_, he served the foregoing **MOTION FOR SUBSTITUTION OF COUNSEL** upon:

Clerk of the Court
219 S. Dearborn St.      Case No. _15 CR 485___
Chicago, Illinois 60604

by placing same in the U.S. Mail depository at the Metropolitan Correctional Center, postage prepaid, before the hour of 5:00 p.m.

Dated on this _17th_ day of _February_____, 20_19_.

_____Joe Mirkes_____
Defendant, *Pro Se*

Jose Mireles #76331-112
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

Legal mail

Clerk of the US District Court
United States Courthouse
219 South Dearborn St.
Chicago, IL
60604

Legal mail

02/25/2019-11

*legal mail*

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 02-20-2019