IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 15 CR 545 |
| v. | ) | |
| | ) | Honorable Virginia Kendall, |
| JOSE ANTONIO MIRELES, | ) | *Judge Presiding* |
| *Defendant.* | ) | |

**DEFENDANT JOSE ANTONIO MIRELES' MOTION
FOR PRESERVATION OF ROUGH NOTES AND LOGS**

NOW COMES the Defendant, JOSE ANTONIO MIRELES, by and through counsel, Tony Thedford, and respectfully moves this Honorable Court for an order directing the government to obtain and preserve for production all rough notes prepared by law enforcement authorities and all investigative agencies and any civilian agents and informants during the course of the investigation of this case; notes of witness interviews conducted by prosecutors and/or investigating agents; and, notes and logs relating to execution of search warrants and other investigative activities.

In support of this motion, Defendant, through counsel, states as follows:

1. Notes prepared by an agent or prosecutor are potentially subject to discovery as embodying a defendant's statement, or as constituting the statement of a government witness (including, among others, the person who prepared the notes, if he or she testifies). *See,* 18 U.S.C. §3500; Federal Rule of Criminal Procedure 16.

2. Because notes are potentially discoverable, they must be preserved by the government. *See, United States v. Harris*, 543 F.2d 1247, 1252 (9th Cir. 1976); *United States v. Harrison*, 524 F.2d 421 (D.C. Cir. 1975); *United States v. Lim*, 2000 WL 782964 (N.D.Ill. 2000); *United States v. Bontkowski*, 49 F.Supp.2d 1075 (N.D.Ill. 1999).

3. It appears, from counsel's review of the evidence, that the government's case against Defendant will rely to a substantial extent on the testimony of individuals who are either

1

cooperating in this investigation, or who have made statements to government agents or officers. As such, it is respectfully submitted that the notes of these agents or officers taken contemporaneously with the interviews may well be discoverable as prior statements of the witnesses and should, therefore, be preserved.

      WHEREFORE, Defendant Mireles respectfully requests that this Honorable Court grant his motion for preservation of rough notes and logs.

                                        Respectfully submitted
                                        <u>/s/Tony Thedford</u>
                                        Attorney for Defendant

**TONY THEDFORD**
Thedford Garber Law, LLC
53 West Jackson Blvd., Suite 638
Chicago, Illinois 60604
312-614-0866

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Defendant Jose Antonio Mireles' Motion For Preservation of Rough Notes and Logs was served on June 24, 2019, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                        /s/ Tony Thedford
                                        TONY THEDFORD