IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     *Plaintiff,* | ) | |
| | ) | Case No. 15 CR 545 |
| v. | ) | |
| | ) | Honorable Virginia Kendall, |
| JOSE ANTONIO MIRELES, | ) | *Judge Presiding* |
|     *Defendant.* | ) | |

**DEFENDANT JOSE ANTONIO MIRELES' MOTION TO
COMPEL THE GOVERNMENT TO SEEK ADMISSION OF ANY
OTHER CRIMES EVIDENCE WITHIN 60 DAYS BEFORE TRIAL**

NOW COMES the Defendant, JOSE ANTONIO MIRELES, by and through counsel, Tony Thedford, and respectfully moves this Honorable Court to enter an order requiring the government to file a proffer of any proposed other crimes evidence, if any, at least sixty (60) days before trial. In support of this motion, the following is offered:

1. Rule 404(b) expressly requires the prosecution to provide reasonable notice of bad act evidence in advance of trial. Federal Rule of Evidence Rule 404(b). Pre-trial notice is intended "to reduce surprise and *promote early resolution on the issue of admissibility.*" Federal Rule of Evidence Rule 404(b), Notes of Committee on the Judiciary, Senate Report No. 93-1277 (1991 Amendment).

2. If the government intends to offer any Rule 404(b) evidence against Defendant Mireles, sufficient time is needed for Defendant to seek to exclude such evidence and to investigate and prepare for the evidence in the event the Court rules in favor of admissibility.

3. Defendant requests that the government's pretrial notice pursuant to Rule 404(b) include the date, time, place, and persons involved in the other act evidence, and any statements or documentation relating to the other act evidence.

4. So that counsel may provide competent representation and so that the Court may be fully informed on sensitive issues before trial, the Defendant respectfully moves this

Honorable Court to require the government to file a proffer of any proposed other crimes evidence at least sixty (60) days before trial.

                                                                 Respectfully submitted

                                                                 /s/ Tony Thedford
                                                                 TONY THEDFORD
                                                                 Attorney for Defendant

**TONY THEDFORD**
Thedford Garber Law, LLC
53 West Jackson Blvd., Suite 638
Chicago, Illinois 60604
312-614-0866

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Defendant Jose Antonio Mireles Motion to Compel the Government to Seek Admission of Any Other Crimes Evidence Within 60 Days Before Trial was served on June 24, 2019, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                          /s/ Tony Thedford
                                          TONY THEDFORD