IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *Plaintiff,* ) | |
| ) | Case No. 15 CR 545 |
| v. ) | |
| ) | Honorable Virginia Kendall, |
| JOSE ANTONIO MIRELES, ) | *Judge Presiding* |
| *Defendant.* ) | |

**DEFENDANT JOSE ANTONIO MIRELES' MOTION FOR
EARLY PRODUCTION MATERIAL PURSUANT TO 18 U.S.C. §3500**

NOW COMES the Defendant, JOSE ANTONIO MIRELES, by and through counsel, Tony Thedford, and respectfully requests this Honorable Court to enter an order requiring the government to produce to the Defendant all materials required to be produced under the provisions of the Jencks Act, 18 U.S.C. §3500, at least sixty (60) days prior to the trial. In support, the following is offered:

1. A literal reading of the Jencks Act requires the production of materials covered by its provisions to a defendant only upon completion of the testimony of a government witness.

2. However, the present case includes allegations of a RICO conspiracy consisting of multiple acts committed by the defendant as outlined in Count One. Without early production of materials pursuant to 18 U.S.C. §3500, long delays will occur at trial while defense counsel examines the Jencks Act materials.

3. Considering the complexity of the case, early production of Jencks Act materials will therefore greatly expedite trial.

4. Pre-trial disclosure of Jencks Act materials is also necessary in order to permit Defendant to adequately prepare his defense and cross-examination of the government's witnesses, to avoid surprise at trial and to ensure Defendant a fair trial.

WHEREFORE, Defendant Mireles respectfully requests this Honorable Court to enter an order requiring the government to tender all materials pursuant to 18 U.S.C. §3500 at least sixty

1

(60) days prior to trial.

>Respectfully submitted
>
>/s/Tony Thedford
>TONY THEDFORD

**TONY THEDFORD**
Thedford Garber Law, LLC
53 West Jackson Blvd., Suite 638
Chicago, Illinois 60604
312-614-0866

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Defendant Jose Antonio Mireles' Motion for Early Production Material Pursuant to 18 U.S.C. §3500 was served on June 24, 2019, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                              /s/ Tony Thedford
                                              TONY THEDFORD