FILED
FEB 04 2020 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

pg. 1

1/29/20

Honorable Judge Virginia Kendall
My name is Jose Antonio Mireles, case no. 15cr545. I am writting you today because I am suppose to start trial on June 29, 2020, and the lawyer that has been appointed to me, Ronald Clark, hasn't came to see me once to review my case. My family has reached out to him various of times and have left messages. The few times that he did answer he will state to them that he will come to the MCC to speak with me but had failed to come in every occasion. The times I have seen my lawyer has been in court and I have asked him myself when is he planning to come see me to review the case and his response has been I will go see you soon and yet nothing still till this date. On my last court date which was on January 9, 2020, You mentioned to my lawyer that he hasn't entered any motions on my behalf and due to his health conditions you will allow extra time to file any motions. I have a major concern because my original trial date was set for the middle of March 2020. I would have been forced to go to trial unprepared because of my lawyer ineffective assistance of counsel to help me prepare for trial and with no motions filed. Fortunate for me you have another trial starting that month and forced my trial date to change from March to June 29, 2020. As my trial date gets closer and closer I worry that my lawyer isn't fit to represent me in trial due to his health issues and ineffective assistance of counsel.

pg.2

Your honor my freedom and life is in the hands of a lawyer that is fighting health issues and has shown that he is no condition to go to trial against prosecutors that have been prepared to start the trial.

Sincerely,
Jose Mireles

Jose Mireles #76331-112
MCC Chicago
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

2020 FEB -4 AM 8:06

Att: Honorable Judge Virginia Kendall
U.S. District Court Judge
Nothern District of Illinois
219 South Dearborn Street
Chicago, IL 60604





METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 01-31-2020

LEgaL Mail