# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                                  Case No.: 1:15−cr−00485
                                                                  Honorable Virginia M. Kendall

Jose Antonio Mireles Jr, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 29, 2021:

    MINUTE entry before the Honorable Virginia M. Kendall as to Jose Antonio Mireles, Jr. Motion Hearing set for 5/3/2021 at 10:00 AM regarding Defendant's Motions to Compel [831] and Motion to Substitute Attorney [832] which will proceed via Video Conference. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 1−650−479−3207 and the call−in Access Code is 180 698 4009. Any party calling in is reminded to please mute their phones/devices. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. The courtroom deputy will make arrangements for Defendant Mireles to appear via Video Conference. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.